IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 3:15CR00017-1 |
| | ) | |
| v. | ) | **2255 MEMORANDUM OPINION** |
| | ) | |
| PAUL VINCENT BROWN | ) | By: Norman K. Moon |
| | ) | United States District Judge |

On June 5, 2018, Paul Vincent Brown, a federal inmate proceeding *pro se*, filed motions to "exclude" his prior convictions. On June 12, 2018, the court conditionally filed his motion and directed Brown to file a response informing the court whether or not he wished the court to address the document as a motion arising under 28 U.S.C. § 2255. *See Castro v. United States*, 540 U.S. 375 (2003). The court advised Brown that failure to comply with the court's order within fifteen days would result in dismissal of his petition without prejudice. Brown did not respond. Inasmuch as the time has passed and Brown has failed to comply with the court's order, I will dismiss this action without prejudice. Brown is advised that he may refile his claims in a separate action, subject to the applicable statute of limitations.

**ENTER:** This __9th__ day of August, 2018.

/s/ Norman K. Moon
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE